# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARY GONZALES, AN INDIVIDUAL,
Appellant,

vs.

JAZMIN PORRAS,
Respondent.

No. 84372

FILED

JUN 20 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Jerry A. Wiese, District Judge
Kristine M. Kuzemka, Settlement Judge
Desert Ridge Legal Group
The Powell Law Firm
Eighth District Court Clerk

22-19437